FRANK P. UFFORD, as Receiver of the Property of MARGARET W. BAKER, v. HENRY W. BULL and Others, as Executors, etc., of OLIVER HARRIMAN, Deceased. — Motion for leave to appeal to the Court of Appeals or for a reargument denied, ''ith ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ. ✓

OAKDALE CONTRACTING COMPANY, INC., v. THE CITY OF NEW YORK.— Motion for leave to reargue appeals from orders entered on January 2, 1941, and April 11, 1941 [262 App. Div. 494], denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of the Determination by the BOARD OF ESTIMATE AND APPORTIONMENT OF THE CITY OF NEW YORK upon the Necessity of Laying Out a New Street, etc. THE NEW YORK CENTRAL RAILROAD COMPANY. THE CITY OF NEW YORK.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

25 ST. NICHOLAS TERRACE, INC., and Others v. HORTON PILSENER BREWERY COMPANY, INC.— Motion for leave to reargue the motion heretofore made to this court on November 7, 1941 [ante, p. 707], for leave to appeal to the Court of Appeals denied, with ten dollars costs, and stay vacated. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

In the Matter of the Application of SIDNEY BROWN for an Order against JOHN E. CONNELLY, Chairman, and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

. In the Matter of the Application of MANUFACTURERS CHEMICAL Co., INC., to Stay Proposed Arbitration with CASWELL, STRAUSS & Co., INC. CASWELL, STRAUSS & Co., INC. MANUFACTURERS CHEMICAL Co., INC.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

WALTER C. NOYES v. RAYMOND GREENE, Impleaded with CELIA ROTHSPAN.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

ABRAHAM B. BLOCK and BERNARD B. BLOCK, as Executors and Trustees under the Last Will and Testament of ROSE A. BLOCK, Deceased, v. HANPEARL REALTY CORP., Impleaded, etc.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

EDWARD C. ALEXION, as President of Association of Motor Vehicle Salesmen of Greater New York and Vicinity, an Unincorporated Association Consisting of More Than Seven Persons, and Others v. E. H. GOODWIN MOTOR CAR COMPANY, INC., and Others, Impleaded, etc. (Action No. 1.) E. H. GOODWIN MOTOR CAR COMPANY, INC., and Others v. EDWARD C. ALEXION, etc., Impleaded, etc. (Action No. 2.) — Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs; motion to stay proceedings under the interlocutory judgment denied; motion to stay proceedings on the part of the respondents under the final judgment in Action No. 2 and the judgment of affirmance thereof, granted upon the filing by the appellant E. H. Goodwin Motor Car Company, Inc., of the undertaking specified in section 593 of the Civil Practice Act. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.